IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE J. DAVIS,

    Petitioner,                      No. 2:13-cv-0977 KJN P

    vs.

HEIDI M. LACKNER,

    Respondent.                  ORDER

_____/

        On May 24, 2013, this court directed petitioner to submit an in forma pauperis application or pay the filing fee in order to pursue his petition for a writ of habeas corpus, filed May 17, 2013.  In response, petitioner informs the court that he mistakenly sent his petition to this court; he intended to send it to the California Supreme Court.  Moreover, petitioner states that he has another habeas corpus action pending in this court, which is pending dismissal for failure to exhaust state court remedies.  See Davis v. Lackner, Case No. 13-cv-0583 KJM GGH P.  For these reasons, petitioner requests that the instant action be dismissed without prejudice.

////

////

////

////

1

1  Accordingly, for good cause shown, IT IS HEREBY ORDERED that the instant
2  action is dismissed without prejudice.  Fed. R. Civ. P. 41(a).
3  DATED: June 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi0977.vol. dsms.